# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, B.T. PALMER, M.A. WHITSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## CASSI L. LEONARD
## MACHINIST'S MATE THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201500337
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 16 July 2015.
**Military Judge:** CDR Heather Partridge, JAGC, USN.
**Convening Authority:** Commanding Officer, USS ABRAHAM LINCOLN (CVN 72).
**Staff Judge Advocate's Recommendation:** LCDR Cheryl Ausband, JAGC, USN.
**For Appellant:** Maj Michael D. Berry, USMC.
**For Appellee:** Mr. Brian K. Keller, Esq.

### 11 February 2016

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court